IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITRIN DIRECT INSURANCE COMPANY
One East Wacker Drive
Chicago, IL 60601

Civil Action No.

vs.

MICHAEL ESPOSITO
712 4ᵀᴴ Avenue
Folsom, PA 19033

**COMPLAINT FOR DECLARATORY JUDGMENT**

1.      The plaintiff, Unitrin Direct Insurance Company (Unitrin) is a corporation organized and existing under the laws of the State of Illinois, maintaining its principle place of business at One East Wacker Drive, Chicago, Illinois 60601, and is a citizen of the State of Illinois.

2.      The defendant, Michael Esposito, is an adult individual and citizen of the Commonwealth of Pennsylvania, residing at 712 4th Avenue, Folsom, Pennsylvania 19033.

3.      The plaintiff Unitrin issued a policy of homeowners insurance to the defendant Esposito at the above address (No. HM2032350) for a policy period extending from January 25, 2014 to January 25, 2015, a copy of which is attached as Exhibit "A".

4.      During that policy period, the defendant Esposito physically assaulted a fellow patron at a bar located in Delaware County, Pennsylvania known as The Deck At Harbour Pointe, or The Deck.

5.     That underlying assault and battery incident gave rise to a civil lawsuit filed in the Court of Common Pleas of Philadelphia, Pennsylvania captioned, *Mark Anderson v. Michael Esposito and Delaware County Lagoon, Inc., d.b.a. The Deck at Harbour Pointe and The Deck, No. 1601-0413,* and that underlying suit has since been transferred to the Court of Common Pleas of Delaware County.  The claim against the defendant Esposito in that underlying lawsuit is currently set forth in a Second Amended Complaint filed August 3, 2016, a copy of which is attached as Exhibit "B".

6.     Unitrin is currently defending Mr. Esposito in that underlying lawsuit pursuant to a reservation of rights, as set forth in the insurer's letters of March 14, 2016, June 15, 2016,  and August 12, 2016, copies of which are attached as Exhibit "C".

7.     This civil action is filed pursuant to the Declaratory Judgments Act, 28 U.S.C. §2201, *et seq.* .

8.     Federal subject matter jurisdiction exists based upon the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332, and it is believed that the amount in controversy exceeds the sum of $75,000.

9.     Venue is appropriate in this district court pursuant to 28 U.S.C. §1391, in that a substantial part of the events underlying this claim, including the purchase and delivery of the insurance policy at issue, the location of the insured property, and the location at which the alleged assault and battery occurred in this district, where the defendant also resides and is subject to personal jurisdiction.

10.     As set forth in the Second Amended Complaint in the underlying suit, on January 6, 2016, Mr. Esposito committed an *"unjustified physical assault"* upon the claimant, Mark Anderson, who was allegedly *"beaten"* by Esposito, who *"without provocation, punched, kicked and injured the plaintiff, causing  permanent, significant  and disfiguring facial injuries"* including fractured orbital bones, a fracture of the zygomatic process, nerve damage, scarring, a

concussion and resulting cognitive deficits, for which Esposito *"was charged with assault and pleaded guilty."*

11.     The homeowners insurance policy issued by Unitrin provided Personal Liability coverage to Mr. Esposito with respect to suits for damages because of bodily injury only where caused by an "occurrence" (i.e., an "accident").  Specifically, the Personal Liability insuring agreement to the policy provided in relevant part as follows :

### SECTION II - LIABILITY COVERAGES

#### A.  Coverage E - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which the "insured" is legally liable; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent ....

12.     The term "occurrence" is defined in the policy as meaning an "accident" :

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in :

**a.** "Bodily injury" ; or

**b.** "Property damage".

13.     It is clear from the face of the underlying complaint allegations, indicating that the plaintiff's injuries were the product of an "unjustified physical assault" or beating of the victim, in which Mr. Esposito is said to have "punched" and "kicked" the claimant "without provocation", that the underlying suit does not involve a claim for bodily injury resulting from an "accident," and thus, a covered "occurrence" within the scope of the insuring agreement to the Unitrin policy, with the result that Unitrin has no duty to provide a defense, or indemnification to Mr. Esposito in connection with the underlying suit.

14.     Alternatively, Unitrin has no duty to provide a defense or indemnification to Mr. Esposito

pursuant to Expected Or Intended Injury exclusion of the policy, stating that the Personal

Liability coverage of the  homeowners insurance policy does not apply to :

> **1. Expected Or Intended Injury**
> "Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage" :
> **a.** Is of a different kind, quality or degree than initially expected or intended ; or
> **b.** Is sustained by a different person, entity or property than that initially expected or intended.
> However, this exclusion E.1 does not apply to "bodily injury" or "property damage" resulting from the reasonable use of force by an "insured" to protect persons or property.

15.     Under Pennsylvania law, an individual is charged with knowledge or awareness of the natural and obvious consequences of his actions for purposes of such an exclusion, which will apply when an individual suffers injury of the same general type as that which was plainly expected or intended, regardless of whether the injury is greater than anticipated.

16.     Alternatively, Unitrin has no duty to provide a defense or indemnification to Mr. Esposito pursuant to the Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse exclusion of the policy, stating that the Personal Liability coverage does not apply to :

> **7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**
> "Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

17.     The actions of the defendant as set forth in the underlying complaint constitute physical abuse within the scope of that coverage exclusion.

18.     Alternatively, the provision of liability insurance coverage in connection with an intentional assault and battery such as that described in the complaint in the underlying suit would be contrary to the public policy of the Commonwealth of Pennsylvania, which does not allow an individual to be insured for the consequences of his own intentional, willful, or criminal acts.

WHEREFORE, the plaintiff, Unitrin Direct Insurance Company, respectfully requests

that the Court enter a declaratory judgment in its favor, declaring that the insurer has no duty to provide a continued defense, or indemnification to the defendant, Michael Esposito, in connection with the claims asserted in the underlying suit.

Andrew J. Gallogly,
PA Attorney I.D. No. 34554
MARGOLIS EDELSTEIN
The Curtis Center, Suite 400E
170 S. Independence Mall West
Philadelphia, PA 19106-3337
(215) 931-5866
agallogly@margolisedelstein.com

Attorney for Plaintiff

**EXHIBIT "A"**

# KEMPER DIRECT

SERVICE OFFICE
PO BOX 3057
SCRANTON, PA 18505-0057

Underwritten by: **Unitrin Direct Insurance Company**
**Chicago, Illinois 60601**
**Customer Service: 800.437.8394**
**Claims: 877.506.4222**
**Fax: 800.242.8057**

## DECLARATIONS PAGE

| | | |
|---|---|---|
| Basic Premium: | $ | 1,276.00 |
| Endorsement Premium: | $ | 103.00 |
| Discounts: | $ | 255.00 - |
| **Total Policy Premium:** | **$** | **1,124.00** |

**Insured Copy**

**Policy Number:** HM2032350
**Reason For This Declaration:** Renewal

---

**Named Insured and Residence Premises**

Michael Esposito
Debra A. Esposito
712 4th Ave
Folsom , PA 19033

**Annual Policy Period:** 12:01 a.m. Standard Time
**From:** 01/25/2014 **To:** 01/25/2015

## POLICY COVERAGES AND LIMITS OF LIABILITY

**Coverage applies only if a Coverage Limit or Premium is shown for the Coverage.**

| | Coverage Limit | Premium |
|---|---|---|
| Section I - Property | | |
| A. Dwelling | $ 228,100 | $ 711.00 |
| B. Other Structures | $ 22,820 | $ 64.00 |
| C. Personal Property | $ 159,700 | $ 293.00 |
| D. Loss of Use | $ 45,630 | $ 142.00 |
| Section II - Liability | | |
| E. Personal Liability | $ 100,000 | $ 51.00 |
| F. Medical Payments to Others | $ 1,000 | $ 15.00 |
| | **Basic Premium:** | **$ 1,276.00** |

## DEDUCTIBLE

All Perils Deductible:     $500

## PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Year Built: | 2009 | Protection Class: | 5 |
| Construction Class: | Lap Siding, Vinyl | Distance to Fire Hydrant: | Less than 1000 feet |
| Protective Devices: | Included | Premises Type: | Primary |
| Roof Construction: | Shingle, Asphalt/Fiberglass | Pool: | None |

## FORMS AND ENDORSEMENTS

| Endorsement Number | | Coverage Limit | Premium |
|---|---|---|---|
| HO 37 03 08 11 | Homeowners 3 - Special Form - Pennsylvania | | |
| HO 02 37 08 11 | Amendatory Endorsement - Pennsylvania | | |
| HO 04 27 05 11 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | | |
| | • *Section I Property* | $ 10,000 | No Charge |
| | • *Section II Liability* | $ 50,000 | No Charge |
| UD HO 009 99 0108 | Digital Media Content Exclusion | | |
| UD HO 012 99 0408 | Pollution Exclusion | | |
| HO 04 16 10 00 | Premises Alarm or Fire Protection System | | Included |
| HO 23 63 08 11 | Personal Property Replacement Cost Loss Settlement - Pennsylvania | | Included |

PLEASE GO TO THE NEXT PAGE TO SEE THE CONTINUATION OF YOUR POLICY ENDORSEMENTS

---

Policy Number: HM2032350             Michael Esposito                    Page 1 of 4
KH DC 001 37 0412             **Unitrin Direct Insurance Company**

# KEMPER
## DIRECT

**Policyholder:** Michael Esposito
**Policy Number:** HM2032350

**Annual Policy Period:** 01/25/2014 - 01/25/2015
**Effective Date of This Declaration:** 01/25/2014
**Reason For This Declaration:** Renewal

## FORMS AND ENDORSEMENTS (continued)

| Endorsement Number | Coverage Limit | Premium |
|---|---|---|
| UD HO 008 99 0511 Special Personal Property Coverage - Form 3 | | $ 103.00 |
| KH HO 199 99 0712 Termination Provision | | |
| UD HO 102 99 0610 Additional Policy Provisions | | |
| | **Endorsement Premium:** | $ 103.00 |

## DISCOUNTS

| Discounts Included With Your Policy | Discount |
|---|---|
| Safe & Sound ® Discount | Included |
| Happily Married Discount ™ | Included |
| Home Buyer Discount | Included |
| Age of Home Discount | Included |
| Multi-Policy Discount | $ 255.00 - |
| Age of Roof Discount | Included |
| **Discounts:** | $ 255.00 - |

## MORTGAGEE INFORMATION

| Loan Number | Mortgagee Name | Address | City/State/Zip | Billed |
|---|---|---|---|---|
| 0410554752 | Wells Fargo Bank, N.a. #936 Isaoa | PO Box 100515 | Florence, SC 29502 | Yes |

## IMPORTANT MESSAGES

A premium bill was mailed to your mortgagee at the address listed on your Declaration page.

## MISCELLANEOUS FEES

- **Insufficient Fund Fee:**  You will be charged with an Insufficient Fund Fee of $10.00 if payment was justifiably dishonored by your financial institution.

END OF DECLARATIONS PAGE

20131205 RN1 27 0900 0002 0

# RENEWAL QUESTIONNAIRE

As part of your renewal offer, we want to make sure we are providing you with the most complete and up-to-date coverage. The questions below are intended to help us to ensure that you have the coverage that is most appropriate for *your* needs. Please answer the following 14 questions to the best of your knowledge.

| | | |
|---|---|---|
| 1. | **How many occupants reside in your household?** Included are live-in staff, roommates, boarders, other unrelated residents, family members who are temporarily out of the household (such as students away at school who you still claim as dependants) and spouses on military assignment. | _____ |
| 2. | **Do you have a new partner or significant other?** If so, please let us know. We have special coverage designed to insure them on your policy. | ☐ Yes  ☐ No |
| 3. | **Have you recently married, divorced, or separated?** If so, please specify. | ☐ Yes  ☐ No |
| 4. | **Do you have any relatives regularly residing in an assisted living care facility?** If so, please let us know. We have special coverage designed to insure them on your policy. | ☐ Yes  ☐ No |
| 5. | **Do you have any college students living away from home?** If so, please note their age and whether they attend college full or part time. | ☐ Yes  ☐ No |
| 6. | **Do you have any new pets or animals?** If so, what types of pets are they (if dogs, please specify the breed)? | ☐ Yes  ☐ No |
| 7. | **Do you have any new jewelry, cameras, fine arts, musical instruments, firearms, golf equipment, bicycles, furs, coin collections, stamps, or silverware?** | ☐ Yes  ☐ No |
| 8. | **Have you acquired a new work laptop or other business property that is kept at your home?** If so, please tell us what kind of business property. | ☐ Yes  ☐ No |
| 9. | **Is your home titled or deeded to a trust?** If so, please let us know right away in order to ensure your assets are protected. | ☐ Yes  ☐ No |
| 10. | **Do you have a new trampoline?** If so, please indicate whether your yard is fenced and if the trampoline is netted (or both). | ☐ Yes  ☐ No |
| 11. | **Have you recently installed a new wood burning stove, coal burning stove, fireplace insert, or other solid fuel burning appliance?** (This question does not apply to conventional masonry fireplaces, factory built fireplaces, or coal furnaces). | ☐ Yes  ☐ No |

*-- continued on back --*

Policy Number: HM2032350                Michael Esposito                Page 3 of 4
UD HM 026 99 1108                **Unitrin Direct Insurance Company**

| | | |
|---|---|---|
| 12. | **Do you have a new pool or diving board?** If so, please describe your pool (in ground, above ground) and/or diving board. | ☐ Yes ☐ No |
| 13. | **Have you started or completed any new renovation or home improvement projects?** If so, please describe the project(s) so that we can ensure proper coverage. | ☐ Yes ☐ No |
| 14. | **Have you recently replaced or added a new roof?** If so, please tell us what kind, and whether the roof is a replacement or an additional roof layer. | ☐ Yes ☐ No |

If you answered **'Yes'** to any of these questions, please call us toll-free at 800.437.8394  , and one of our friendly, licensed representatives will be delighted to speak with you.  Or you may return this form to us via:

**Fax:**  888.567.0629
**Mail:**  Insurance Processing Center, P.O. Box 3057, Scranton, PA 18505-0057

---

### FRAUD WARNING

The insurance policy is issued by Unitrin Direct Insurance Company in reliance on the information provided by you. Unitrin Direct Insurance Company may deny coverage for a loss if an insured has concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct in connection with the presentation or settlement of a claim. To the extent that we make payments to you under this policy and our subsequent investigation reveals your involvement in fraud or misrepresentation in the presentation of a claim, you must indemnify us for all payments made. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Policy Number

# HOMEOWNERS 3 – SPECIAL FORM – PENNSYLVANIA

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DESCRIPTION OF ACTUAL CASH VALUE**

Throughout this policy, the following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

  **1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

    **a.** Liability for "bodily injury" or "property damage" arising out of the:

      **(1)** Ownership of such vehicle or craft by an "insured";

      **(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

      **(3)** Entrustment of such vehicle or craft by an "insured" to any person;

      **(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

      **(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

    **b.** For the purpose of this definition:

      **(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

      **(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

      **(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

      **(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

  **2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

  **3.** "Business" means:

    **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    **b.** Any other activity engaged in for money or other compensation, except the following:

      **(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      **(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

      **(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

      **(4)** The rendering of home day care services to a relative of an "insured".

  **4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

  **5.** "Insured" means:

HO 37 03 08 11             ©Insurance Services Office, Inc., 2011             Page 1 of 25

**Unitrin Direct Insurance Company**

Policy Number

    **a.** You and residents of your household who are:

       **(1)** Your relatives; or

       **(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

    **b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

       **(1)** 24 and your relative; or

       **(2)** 21 and in your care or the care of a resident of your household who is your relative; or

    **c.** Under Section **II:**

       **(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

       **(2)** With respect to a "motor vehicle" to which this policy applies:

          **(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.**; or

          **(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II**, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

    **a.** The "residence premises";

    **b.** The part of other premises, other structures and grounds used by you as a residence; and

       **(1)** Which is shown in the Declarations; or

       **(2)** Which is acquired by you during the policy period for your use as a residence;

    **c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

    **d.** Any part of a premises:

       **(1)** Not owned by an "insured"; and

       **(2)** Where an "insured" is temporarily residing;

    **e.** Vacant land, other than farm land, owned by or rented to an "insured";

    **f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

    **g.** Individual or family cemetery plots or burial vaults of an "insured"; or

    **h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

7. "Motor vehicle" means:

    **a.** A self-propelled land or amphibious vehicle; or

    **b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

    **a.** "Bodily injury"; or

    **b.** "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

    **a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

    **b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means:

HO 37 03 08 11           ©Insurance Services Office, Inc., 2011           Page 2 of 25

**Unitrin Direct Insurance Company**

a. The one-family dwelling where you reside;

b. The two-, three- or four-family dwelling where you reside in at least one of the family units; or

c. That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

## SECTION I – PROPERTY COVERAGES

### A. Coverage A – Dwelling

1. We cover:

   a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

2. We do not cover land, including land on which the dwelling is located.

### B. Coverage B – Other Structures

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   c. Other structures from which any "business" is conducted; or

   d. Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

3. The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### C. Coverage C – Personal Property

1. **Covered Property**

   We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

2. **Limit For Property At Other Locations**

   a. **Other Residences**

      Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in; or

      (2) In a newly acquired principal residence for 30 days from the time you begin to move the property there.

   b. **Self-storage Facilities**

      Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in; or

**Unitrin Direct Insurance Company**