**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITRIN DIRECT INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ESPOSITO** | : | **NO. 16-5239** |

## ORDER

    **NOW,** this 29th day of November, 2017, upon consideration of the Motion for Reconsideration of Order of April 5, 2017 (Document No. 18), the response to the motion, and after oral argument, it is **ORDERED** that the motion is **DENIED**.


/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.